UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22465-CIV-MARTINEZ-BECERRA

JOSEPH C. ISSRAIL BADRA, *et al.*,

    Plaintiffs,

vs.

UR M. JADDOU, *et al.*,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court on the Court's Order Adopting Magistrate Judge's Report and Recommendation, (ECF No. 26). The Court dismissed this action for lack of subject-matter jurisdiction. (*Id.* at 4). Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED without prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 23 day of September, 2022.

                                                       JOSE E. MARTINEZ
                                                       UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record